**Order entered January 15, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00575-CV

**FELIPE CARDONA, Appellant**

**V.**

**SIMMONS ESTATE HOMES I, LP, ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05101-F**

## ORDER

Before the Court is appellant's January 13, 2015, motion for a final extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on January 12, 2015, filed as of the date of this Order.

/s/    CRAIG STODDART
        JUSTICE